## STEVE GRIFFIN ET AL. *v.* KELLY ENERGY SYSTEMS, INC.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Thomas L. Kelly,* in support of the petition.

*Daniel P. Beharry,* in opposition.

Decided November 22, 1991

## SEYMOUR HAMMER *v.* MOUNT SINAI HOSPITAL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 25 Conn. App. 702, is denied.

*David Sheridan* and *John F. Scully,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided November 22, 1991

## STATE OF CONNECTICUT *v.* ANDREW HEADLEY

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 94, is denied.

*Brian M. O'Connell,* special public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided November 22, 1991